E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3170-GHK (FMOx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | *Robert Baker v. Stanley Cohen, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re: Orders to Show Cause**

In our February 9, 2010 Order, we ordered Plaintiff Robert Baker ("Plaintiff") to show cause within fourteen (14) days thereof, why we should not dismiss Defendant Pollet, Richardson & Patel for failure to prosecute and failure to serve it within one hundred and twenty (120) days of the Complaint's filing as required by Federal Rule of Civil Procedure 4(m).[1]  Plaintiff has failed to file a Response to that Order to Show Cause.  Accordingly, Pollet, Richardson & Patel is hereby **DISMISSED without prejudice** from the above-captioned action.

In our February 9, 2010 Order, we dismissed the three federal claims in the Second Amended Complaint ("SAC") as to all of the Parties against which they were asserted.  However, noting that the SAC also alleged diversity jurisdiction under 28 U.S.C. § 1332 (SAC ¶ 6), we ordered Plaintiff Robert Baker ("Plaintiff") and Defendant Stanley Cohen ("Defendant") to show cause why we should not dismiss the remaining state law claims for lack of subject matter jurisdiction.  On February 18, 2010, Plaintiff filed a Response to our Order to Show Cause, in which he conceded that, in fact, three of the Defendants, Stanley Cohen, Bennett & Fairshter, LLP, and Pollet, Richardson & Patel, are all citizens of California and therefore non-diverse. (Dkt. No. 73).  Defendant Stanley Cohen has also filed a declaration confirming he is a long-time resident of California. (Dkt. No. 70, Cohen Decl. ¶ 2).  As we have dismissed all the claims over which we have original jurisdiction and there is a lack of complete diversity, we hereby exercise our discretion under 28 U.S.C. § 1367(c)(3) and **DISMISS** the remaining state law claims **without prejudice**.  This Order to Show Cause is **DISCHARGED** as to all the Parties to which it was directed.

**IT IS SO ORDERED.**

--  :  --

---

[1] Our Amended Order (Dkt. No. 68) did not extend the deadline for filing a Response to our Order to Show Cause.

E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3170-GHK (FMOx) | Date | February 26, 2010 |
|---|---|---|---|
| Title | *Robert Baker v. Stanley Cohen, et al.* | | |

Initials of Deputy Clerk     Bea