E-FILED: **2/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT BAKER,** | ) | **CASE NO. CV 09-3170-GHK (FMOx)** |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| **STANLEY R. COHEN, et al.,** | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Pursuant to our February 9, 2010 Order, Defendants Ameriprise Financial Services, Inc., also erroneously sued herein as American Express Financial Advisors, Inc., is **DISMISSED with prejudice** as to Claims 1 and 3 in the Second Amended Complaint ("SAC") and **DISMISSED without prejudice** as to Claim 2 in the SAC. Defendants Stanley Cohen, Bennett & Fairshter, LLP, and Dykema Gossett LLP are **DISMISSED with prejudice** as to Claim 3 in the SAC.

Pursuant to our February 26, 2010 Order, issued concurrently herewith, Defendant Pollet, Richardson & Patel is **DISMISSED without prejudice**.

Pursuant to our February 26, 2010 Order, and 28 U.S.C. § 1367(c)(3), Defendants Stanley Cohen, Ameriprise Financial Services, Inc., also erroneously sued herein as

1   American Express Financial Advisors, Inc., Bennett & Fairshter, LLP, and Dykema

2   Gossett LLP are **DISMISSED without prejudice** as to Claims 4 and 5 in the SAC.

3

4        **IT IS SO ORDERED**.

5

6   DATED: February  26 , 2010

7

8   _____

9                      GEORGE H. KING
                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28