E-FILED: **2/26/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAKER, ) | CASE NO. CV 09-3170-GHK (FMOx) |
|     **Plaintiff,** ) | |
|     v. ) | **JUDGMENT** |
| STANLEY R. COHEN, et al., ) | |
|     **Defendants.** ) | |

    Pursuant to our February 9, 2010 Order, Defendants Ameriprise Financial Services, Inc., also erroneously sued herein as American Express Financial Advisors, Inc., is **DISMISSED with prejudice** as to Claims 1 and 3 in the Second Amended Complaint ("SAC") and **DISMISSED without prejudice** as to Claim 2 in the SAC. Defendants Stanley Cohen, Bennett & Fairshter, LLP, and Dykema Gossett LLP are **DISMISSED with prejudice** as to Claim 3 in the SAC.

    Pursuant to our February 26, 2010 Order, issued concurrently herewith, Defendant Pollet, Richardson & Patel is **DISMISSED without prejudice**.

    Pursuant to our February 26, 2010 Order, and 28 U.S.C. § 1367(c)(3), Defendants Stanley Cohen, Ameriprise Financial Services, Inc., also erroneously sued herein as

1  American Express Financial Advisors, Inc., Bennett & Fairshter, LLP, and Dykema
2  Gossett LLP are **DISMISSED without prejudice** as to Claims 4 and 5 in the SAC.

4      **IT IS SO ORDERED**.

6  DATED: February  26 , 2010

   _____
   GEORGE H. KING
   United States District Judge

2